IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND MATHIS, | ) | |
| AIS # 140252, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08-CV-335-WKW |
| | ) | |
| SHERIFF ANDY R. HUGHES, *et al.*, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER**

On July 28, 2010, the Magistrate Judge filed a Recommendation in this case (Doc. # 23), to which no objections were filed. Upon a thorough and independent review of the record, and upon consideration of the Recommendation, it is ORDERED as follows:

(1)  The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED;

(2)  Defendants' motion for summary judgment (Doc. # 18) is GRANTED; and

(3)  this case is DISMISSED with prejudice.

A final judgment will be filed separately.

DONE this 30th day of August, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE